PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00015-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE; ORDER |
| v. | DATE: July 9, 2024 |
| ERIK QUIROZ-RAZO, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KAREN A. ESCOBAR, and defendant ERIK QUIROZ RAZO, both individually and by and through his counsel of record, MICHAEL W. BERDINELLA, hereby stipulate as follows:

1. This supervised release petition is scheduled for a status conference on July 9, 2024, at 2 p.m.

2. By this stipulation, the parties jointly move for a continuance to July 31, 2024, at 2:00 p.m., before the duty Magistrate Judge. The parties stipulate that the continuance is required to allow the defense reasonable time for preparation and to reach a resolution of the alleged violation.

3. The parties agree that good cause exists for the continuance.

///

///

///

STIPULATION; ORDER

1

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 2, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated: July 2, 2024 | /s/ MICHAEL W. BERDINELLA<br>MICHAEL W. BERDINELLA<br>Counsel for Defendant<br>Erik Quiroz-Razo |

**O R D E R**

Having considered the stipulation of the parties, the Court finds that there is good cause to continue this matter from July 9, 2024, at 2:00 p.m. to July 31, 2024, at 2 p.m. for a further status conference.

IT IS SO ORDERED.

Dated: **July 3, 2024**        /s/ Barbara A. McAuliffe
                  UNITED STATES MAGISTRATE JUDGE