PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ERIK QUIROZ-RAZO,<br><br>　　　　　　　Defendant. | CASE NO. 1:19-CR-00015-TLN-BAM<br><br>STIPULATION AND ORDER TO CONTINUE<br><br>DATE: July 31, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

1. By previous order, this matter was set for a status conference on July 31, 2024.

2. By this stipulation, the defendant now moves to continue the status conference until August 14, 2024, at 2 p.m.

3. The parties agree and stipulate to the following:

　　a) Counsel for defendant desires additional time to meet with his client to discuss a potential resolution.

　　b) The government does not object to the continuance.

/ / /

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

IT IS SO STIPULATED.

Dated: July 29, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: July 29, 2024

/s/ Michael W. Berdinella
MICHAEL W. BERDINELLA
Counsel for Defendant
ERIK QUIROZ-RAZO

**ORDER**

IT IS SO ORDERED.

DATED: 7/30/2024

*Sheila K. Oberto*
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE