MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: berdinellalaw@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant/Petitioner,
Erik Quiroz-Razo

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No.: 1:19-CR-00015 |
| Respondent/Plaintiff, | ) **MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL W. BERDINELLA AS ATTORNEY OF RECORD AND ORDER** |
| vs. | ) |
| **Erik Quiroz-Razo,** | ) |
| Petitioner/Defendant. | ) |

On 06/12/2024, Defendant Erik Quiroz-Razo was in Federal Court to respond to an Order re Petition for Violation Of Probation/Supervised Release.  CJA Panel Attorney Michael W. Berdinella was appointed by Magistrate Judge Hon. Sheila K. Oberto as trial counsel to represent Ms. Quiroz-Razo on 06/12/2024 in his criminal case.  Mr. Quiroz-Razo was sentenced pursuant to an admission to the charges.  No direct appeal was requested or filed.  Mr. Quiroz-Razo was in custody at the time of Sentencing and utilized the Certified Court Interpreter for the Spanish language .  The Trial and Sentencing phases of Mr. Quiroz-Razo's criminal case have, therefore, come to an end.   Having completed his representation of Mr. Quiroz-Razo, CJA attorney Michael W. Berdinella now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Quiroz-Razo require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: 09/30/2024               Respectfully submitted,


                                */s/ Michael W. Berdinella*
                                Michael W. Berdinella
                                Attorney for Defendant
                                Erik Quiroz-Razo


**[PROPOSED] ORDER**


Having reviewed the notice and found that attorney Michael W. Berdinella has completed the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Erik Quiroz-Razo at the following address and to update the docket to reflect Defendant's pro se status and contact information:

Erik Quiroz Razo
U.S. Marshalls #77978-097
Central Valley Modified Community Correctional Facility
254 Taylor Ave
MC Farland, CA 93250

IT IS SO ORDERED.

Dated:   **October 1, 2024**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE